UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Charles,

Plaintiff(s),

v.

The Clorox Company,

Defendant(s).

Case No. 4:22-cv-06855-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Joseph Lipari, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Michael Charles in the above-entitled action. My local co-counsel in this case is Kurt D. Kessler, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 327334.

| | |
|---|---|
| 85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601 | 711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 845-483-7100 | (415)568-2555 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| liparij@thesultzerlawgroup.com | kkessler@audetlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4253183.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: 1/30/2023                                         Joseph Lipari
                                                            APPLICANT
5

6
7
8  ORDER GRANTING APPLICATION
9  FOR ADMISSION OF ATTORNEY PRO HAC VICE
10
11  IT IS HEREBY ORDERED THAT the application of  Joseph Lipari  is
12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14  counsel designated in the application will constitute notice to the party.
15  Dated:  1/31/2023

16
17                                         _____
18                                         UNITED STATES DISTRICT JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Brenna B. Mahoney__, Clerk of this Court, certify that __Joseph Lipari__, Bar # __JL3194__, was duly admitted to practice in this Court on __11/27/2013__, and is in good standing as a member of the Bar of this Court.

Dated at __Brooklyn__ on __01/30/2023__
       *(Location)*         *(Date)*

__Brenna B. Mahoney__
*CLERK OF COURT*

__James Hunter__
Deputy Clerk

