|   |   |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

Michael Charles,

Plaintiff(s),

v.

The Clorox Company,

Defendant(s).

Case No. 4:22-cv-06855 -HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Philip Furia, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Michael Charles in the above-entitled action. My local co-counsel in this case is Kurt D. Kessler, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 327334.

85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
MY ADDRESS OF RECORD

711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

845-483-7100
MY TELEPHONE # OF RECORD

(415)568-2555
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

furiap@thesultzerlawgroup.com
MY EMAIL ADDRESS OF RECORD

kkessler@audetlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4796256.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: 1/30/2023                                         Philip Furia
                                                                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Philip Furia  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  1/31/2023

_Haywood S. Gill, Jr._
UNITED STATES DISTRICT JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____Brenna B. Mahoney_____ , Clerk of this Court,

certify that _____Philip J. Furia_____ , Bar # _____PF4836_____ ,

was duly admitted to practice in this Court on _____08/27/2010_____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____Brooklyn_____ on _____01/23/2023_____
          *(Location)*                                         *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

*David Afrani*
David Afrani , *DEPUTY CLERK*

