UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CHARLES, et al,

Plaintiff(s),

v.

THE CLOROX COMPANY,

Defendant(s).

Case No. 4:22-cv-06855-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, David C. Magagna, Jr., an active member in good standing of the bar of Pennsylvania and New Jersey, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Michael Charles in the above-entitled action. My local co-counsel in this case is Kurt D. Kessler, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 327334.

| | |
|---|---|
| 510 Walnut St., Suite 500, Phila. PA 19106 | 711 Van Ness Ave. Ste. 500, San Fran. 94102 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (215)592-1500 | (415)568-2555 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dmagagna@lfsblaw.com | kkessler@audetlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA 322463; NJ 195202016.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/30/2023

David C. Magagna, Jr.
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David C. Magagna, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/31/2023

*Haywood S. Gilliam, Jr.*
UNITED STATES DISTRICT JUDGE



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *David Charles Magagna Jr., Esq.*

#### DATE OF ADMISSION

*October 27, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: November 1, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **David Charles Magagna** *(No.* **195202016** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 20, 2016** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* 15th *day of* November *, 20*22 *.*



_____
*Clerk of the Supreme Court*

-453a-