**JENNER & BLOCK LLP**
Kate T. Spelman (Cal Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Phone:        (213) 239-5100
Facsimile:    (213) 239 5199

Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
Phone:        (312) 923-2765

Attorneys for Defendant
The Clorox Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE CLOROX COMPANY,<br><br>　　　　　　　Defendant. | Case No. 4:22-cv-06855-HSG<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS:

1. On November 29, 2022, this Court set an Initial Case Management Conference for February 7, 2023 and directed the parties to submit a Case Management Statement on or before January 31, 2023;

2. The parties are currently discussing how best to coordinate this action with another putative class action, *Swetz v. Clorox Co.* (S.D.N.Y.), premised on Clorox's alleged failure to disclose that certain Pine-Sol cleaning products contain, or are at risk of containing, *pseudomonas aeruginosa* bacteria;

3. To allow the parties additional time to coordinate the two actions, and to eliminate the need for potentially unnecessary motion practice, the parties have stipulated to continue Clorox's deadline to submit a responsive pleading in this action until March 10, 2023;

4. Given the parties' ongoing discussions about how to coordinate this case with the *Swetz* action, and given that Clorox's current deadline to respond to the complaint is not until March 10, 2023, the parties agree that it would be most efficient to continue the case management conference by approximately eight weeks, at which time the parties expect to have additional clarity about how they expect the two cases to proceed;

5. This is the parties' first request for a continuance of the initial case management conference, and the continuance will not affect any other deadlines set by Court order;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to Court approval, that the initial case management conference currently scheduled for February 7, 2023 be continued until April 4, 2023, at 2:00 p.m. Pacific time, or the first date and time thereafter that is convenient for the Court.

Dated: January 30, 2023                    AUDET & PARTNERS, LLP[1]

                                    By:  /s/  Michael A. McShane
                                           Michael A. McShane

                                           Attorneys for Plaintiff
                                           Michael Charles


Dated: January 30, 2023                    JENNER & BLOCK LLP

                                    By:  /s/  Alexander M. Smith
                                           Alexander M. Smith

                                           Attorneys for Defendant
                                           The Clorox Company


PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: 1/31/2023                    By: _____
                                           The Honorable Haywood S. Gilliam, Jr.
                                           United States District Judge

---

[1] Pursuant to Civil Local Rule 5-1(h)(3), I, Alexander M. Smith, hereby attest that concurrence in the filing of this document has been obtained from Michael A. McShane, counsel for Plaintiff Michael Charles.