```
1   David Charles Magagna , Jr.
    Levin Sedran & Berman
2   510 Walnut Street, Suite 500
    Philadelphia, PA 19106
3   (215) 592-1500
    Fax: (215) 592-4663
4   Email: dmagagna@lfsblaw.com
5
    Attorney for Plaintiff
6
7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MICHAEL CHARLES, individually and on behalf of all others similarly situated, | Case No. 4:22-cv-06855-HSG |
| | The Honorable Haywood S. Gilliam, Jr. |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| THE CLOROX COMPANY, | |
| Defendant. | |

**WHEREAS:**

1. The parties have a case management conference scheduled for June 6, 2023.

2. At the case management conference in April 2023, the parties advised the Court of this case's coordination with other similar cases around the country and a planned mediation to try and resolve the same. Due to the meditation and to preserve the efforts of all involved, the parties agreed there was no need for Defendant to answer the complaint at that time.

3. The parties' private mediation is now scheduled and will take place on June 7, 2023.

4. Again to preserve the parties and Court's time and effort and because the path for this case will be much clearer following the mediation and related negotiations, the parties jointly request postponing the June 6, 2023 case management conference five weeks (to July 11, 2023) or the first available date for the Court.

1

5. This is the parties' first request for a continuance of this case management conference, and this continuance will not affect any other deadlines set by Court order.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, subject to Court approval, that the case management conference currently scheduled for June 6, 2023 be continued until July 11, 2023, or the first date and time thereafter that is convenient for the Court.

Dated: June 5, 2023

                                      Respectfully submitted,

                                      LEVIN SEDRAN & BERMAN

                                      By: */s/ David C Magagna Jr.*
                                              David C Magagna Jr.

                                      *Attorney for Plaintiff*

                                      JENNER AND BLOCK LLP[1]

                                      *By: /s/ Alexander M Smith*
                                              Alexander M Smith

                                      *Attorney for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 6/6/2023              By: *[signature]*
                                  The Honorable Haywood S. Gilliam, Jr.
                                  United States District Judge

---

[1] I David C Magagna Jr. attest that concurrence in the filing of this document has been obtained from Alexander M Smith counsel for Defendant.