David Charles Magagna, Jr.
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
Fax: (215) 592-4663
Email: dmagagna@lfsblaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>THE CLOROX COMPANY<br><br>Defendant. | Case No. 4: 22-cv-06855-HSG<br><br>**The Honorable Haywood S. Gilliam, Jr.**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified)** |

**WHEREAS:**

1. The Parties have a case management conference scheduled for July 11, 2023.

2. The Parties have been engaged in a companion matter entitled *Swetz v. Clorox Co.*, Case No. 7:22-cv-9374-PMH, pending in the United States District Court for the Southern District of New York. The Parties attended mediation before The Honorable Steven Gold (Ret.) on or about June 7, 2023. Through the mediation, the Parties reached agreement on a settlement in principle that will include Plaintiff's

1

claims.

3. Since June, the Parties have been working on settlement documents to be filed with the Southern District of New York pursuant to that Court's Order so that Court may take the nationwide settlement under advisement. The Parties will be filing moving papers for preliminary approval, which include settlement documents, to the Southern District of New York for its consideration on July 28, 2023.

4. Given the status of the Parties' settlement, the Parties respectfully request that the Court continue the Status Conference set for July 11, 2023 for an additional ninety (90) days.

5. The relief requested herein will result in the cancellation of the July 11, 2023, court conference.

6. Due to the discretionary nature of the relief requested herein, no accompanying memorandum of law is believed to be required.

WHEREFORE, the Parties respectfully pray this Honorable Court:

A. Continue the Status Conference set for July 11, 2023 for ninety (90) days;

B. Cancel the July 11, 2023 Status Conference;

C. Order the Parties to file a Status Report on the status of settlement and the Southern District of New York action on same on or before October 9, 2023; and

D. Grant such other and further relief as is just and equitable.

Dated: July 10, 2023

Respectfully submitted,

LEVIN SEDRAN & BERMAN

By: /s/ *David C. Magagna, Jr.*
David C. Magagna, Jr.
*Attorney for Plaintiff*

2

JENNER AND BLOCK LLP[1]

By: */s/ Alexander M. Smith*
　　Alexander M. Smith

*Attorney for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The July 11, 2023 telephonic case management conference is continued to October 10, 2023 at 2:00 p.m. All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

Dated: 7/11/2023

The Honorable Haywood S. Gilliam, Jr,
United States District Judge

---

[1] I David Magagna Jr. attest that concurrence in the filing of this document has been obtained from Alexander M. Smith, counsel for Defendant.

3