Jason P. Sultzer
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CLOROX COMPANY<br><br>Defendant. | C.A. No: 4:22-cv-06855-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified)** |

**WHEREAS:**

1. The Parties have a case management conference scheduled for October 10, 2023.

2. The Parties have been engaged in a companion matter entitled *Swetz v. Clorox Co.*, Case No. 7:22-cv-9374-PMH, pending in the United States District Court for the Southern District of New York.

3. On July 11, 2023, this Court granted a stipulation to continue the July 11, 2023 status conference to October 10, 2023 and directed the parties to file a Status Report regarding settlement and the Southern District of New York Action (ECF No. 52).

4. In July the parties reached a nationwide settlement that includes Plaintiff's claims in this matter and executed settlement documents. On July 28, 2023, the

1

Parties filed moving papers for preliminary approval, which include settlement documents, in the Southern District of New York for its consideration. The preliminary approval motion is still pending before the Southern District and to date the preliminary approval conference has not been scheduled. The settlement agreement provides that the agreement will be vacated in the event that the parties cannot obtain court approval.

5. Given the status of the Parties' settlement and preliminary approval motion, the Parties respectfully request that the Court continue the Status Conference set for October 10, 2023 for an additional ninety (90) days.

6. The relief requested herein will result in the cancellation of the October 10, 2023, court conference.

7. Due to the discretionary nature of the relief requested herein, no accompanying memorandum of law is believed to be required.

WHEREFORE, the Parties respectfully pray this Honorable Court:

A. Continue the Status Conference set for October 10, 2023 for ninety (90) days;

B. Cancel the October 10, 2023 Status Conference;

C. Order the Parties to file a Status Report on the status of settlement and the Southern District of New York action on same on or before January 8, 2023; and

D. Grant such other and further relief as is just and equitable.

Dated: October 4, 2023

                                  Respectfully submitted,

                                  THE SULTZER LAW GROUP
                                  By: /s/ Jason Sultzer_____
                                  Jason Sultzer, Esq.

                                  Attorney for Plaintiff

|   |   |
|---|---|
|   | JENNER AND BLOCK LLP[1] |
|   | By: /s/ Alexander M. Smith |
|   | Alexander M. Smith |
|   | Attorney for Defendant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the the telephonic case management conference is continued to January 9, 2024 at 2:00 p.m.  The dial-in information and instructions remain the same as previously provided in docket no. 52.

Dated: 10/5/2023       By: /s/ Haywood S. Gilliam, Jr.
                              The Honorable Haywood S. Gilliam, Jr,
                              United States District Judge

---

[1] I Jason Sultzer attest that concurrence in the filing of this document ha been obtained from Alexander M. Smith, counsel for Defendant.

3