Jason P. Sultzer
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CLOROX COMPANY,<br><br>Defendant. | C.A. No: 4:22-cv-06855-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**(as modified)** |

**WHEREAS:**

1. The Parties have a case management conference scheduled for January 9, 2024.

2. The Parties have been engaged in a companion matter entitled *Swetz v. Clorox Co.*, Case No. 7:22-cv-9374-PMH, pending in the United States District Court for the Southern District of New York.

3. On July 11, 2023, this Court granted a stipulation to continue the July 11, 2023 status conference to October 10, 2023 and directed the parties to file a Status Report regarding settlement and the Southern District of New York Action (ECF No. 52).

4. In July 2023 the parties reached a nationwide settlement that includes Plaintiff's claims in this matter and executed settlement documents. On July 28,

1

2023, the Parties filed moving papers for preliminary approval, which include settlement documents, in the Southern District of New York for its consideration. The settlement agreement provides that the agreement will be vacated in the event that the parties cannot obtain final court approval.

5. On October 5, 2023, because the motion for preliminary approval in the Southern District of New York Action was still pending, this Court granted a stipulation to continue the October 10, 2023 status conference and directed the parties to file a Status Report regarding settlement and the Southern District of New York Action (ECF No. 54).

6. On November 15, 2023, the Southern District of New York granted the motion for preliminary approval of the settlement agreement and scheduled a final approval hearing for May 22, 2024.

5. Given the status of the Parties' settlement and the pending final approval hearing, the Parties respectfully request that the Court continue the Status Conference set for January 9, 2024 until after the May 22, 2024 final approval hearing.

6. The relief requested herein will result in the cancellation of the January 9, 2024 court conference.

7. Due to the discretionary nature of the relief requested herein, no accompanying memorandum of law is believed to be required.

WHEREFORE, the Parties respectfully pray this Honorable Court:

A. Continue the Status Conference set for January 9, 2024 until after May 22, 2024;

B. Cancel the January 9, 2024 Status Conference;

C. Order the Parties to file a Status Report on the status of settlement and the Southern District of New York action on same before the date of the Status Conference; and

D. Grant such other and further relief as is just and equitable.

Dated: January 4, 2023

        Respectfully submitted,

        THE SULTZER LAW GROUP
        By: /s/ Jason Sultzer_____
        Jason Sultzer, Esq.

        Attorney for Plaintiff


        JENNER AND BLOCK LLP[1]
        By: /s/ Alexander M. Smith_____
        Alexander M. Smith

        Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED. The telephonic case management conference is continued to May 28, 2024 at 2:00 p.m. The dial-in information and instructions remain the same as previously provided in docket no. 52.**

Dated: 1/5/2024

By: _____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

---

[1] I Jason Sultzer attest that concurrence in the filing of this document has been obtained from Alexander M. Smith, counsel for Defendant.