Jason P. Sultzer
Sultzer & Lipari, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CLOROX COMPANY,<br><br>Defendant. | C.A. No: 4:22-cv-06855-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Michael Charles hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: July 5, 2024

Respectfully submitted:

By: _/s/ Jason P. Sultzer_
Jason P. Sultzer, Esq.
**Sultzer & Lipari, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
*sultzerj@thesultzerlawgroup.com*

*Counsel for Plaintiff*